Counseling and Advising Clients Exclusively on Laws of the Workplace

**Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Zabell & Associates, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.Laborlawsny.com

**Saul D. Zabell**
Email: SZabell@laborlawsny.com

April 19, 2017

**_VIA_ ELECTRONIC CASE FILING**

The Honorable Judge Arthur D. Spatt
Senior United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:    Macias v. Capital Management Amityville, Inc., et al.
                  **Case No.: 17-CV-02213 (ADS) (ARL)**

Your Honor:

      This firm is counsel to Angel Macias, Plaintiff in the above-referenced matter. We write to clarify events surrounding Judge Cogan's April 17, 2017 Order re-assigning the above-captioned action to Central Islip.

      The errors contained within the cover sheet were clerical in nature. Plaintiff, in fact, *intended* for the case to be heard in Central Islip, and filed the action consistent with that intention. It was only during a quality control check that the error came to light, as the clerk reassigned the case to the courthouse in Brooklyn. Exhibit A.

      As soon as we became aware of this, on Thursday, April 13, 2017, and reviewed the cover sheet, discovering the error, a paralegal in our office, Rolando Delacruz, immediately contacted the clerk's office to determine whether we could either A) modify the cover sheet, or B) have the case reassigned back to Islip. We were informed we should file a motion with the Court in order to achieve this result. Exhibit B. In the course of drafting said motion, on Monday, April 17, 2017 Judge Cogan issued the reassignment Order and deferred consideration of sanctions to Your Honor.

      In light of this Order, we wish to extend our apologies for any inconvenience and confusion which may have been caused by errors contained within the civil cover sheet. We wish to convey both this apology, and to make clear we did not, in any manner, intend to deceive the Court.



**Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

April 19, 2017
Page 2 of 2

      Counsel remains available should Your Honor have any inquiry regarding the contents of this submission.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Saul D. Zabell

Encl.

cc:    Client
       The Honorable Judge Brian M. Cogan, USDCJ