UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X

ANGEL MACIAS,

            Plaintiff,          Case No.: 17-CV-02213

    -against-

CAPITAL MANAGEMENT AMITYVILLE, INC., CHECKERS DRIVE-IN RESTAURANTS, INC., ENRIQUE "RICK" SILVA, PETER O'HARA, and VICTORIA UMANZOR,

            Defendants.

---------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 28 2017 ★

LONG ISLAND OFFICE

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties as represented below, that Plaintiff ANGEL MACIAS's claims in the above-captioned action are dismissed in their entirety, with prejudice, and with no award of fees, costs or disbursements by the Court to any party.

ZABELL & ASSOCIATES P.C.
*Attorney for Plaintiff*
1 Corporate Drive, Suite 103
Bohemia, New York 11716
(631) 589-7242

By: _____
    Saul D. Zabell, Esq.

Dated: 6/23/17

WALSH & ROTH LLP
*Attorney for Defendants*
360 Route 109
West Babylon, New York 11704
(631) 321-7000

By: _____
    David Roth, Esq.

Dated: 6/23/17

Case closed.
SO ORDERED on this 28th day of June, 2017
s/ Arthur D. Spatt
Hon. Arthur D. Spatt
(Senior United States District Court Judge)

1